Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Ideavillage Products Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP., <br><br>*Plaintiff* <br><br>v. <br><br>123LOPF//V, *et al.*, <br>*Defendants* | CIVIL ACTION No. <br>19-cv-9159 (PKC) |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ideavillage Products Corp. ("Ideavillage" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendants Mikkar, Pngxianxunc and wearesh in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: March 19, 2020                                    Respectfully submitted,

                                                         **EPSTEIN DRANGEL LLP**


                                               BY:     /s/ Brieanne Scully
                                                       Brieanne Scully (BS 3711)
                                                       bscully@ipcounselors.com
                                                       EPSTEIN DRANGEL LLP
                                                       60 East 42nd Street, Suite 2520
                                                       New York, NY 10165
                                                       Telephone:   (212) 292-5390
                                                       Facsimile:   (212) 292-5391
                                                       *Attorney for Plaintiff*
                                                       *Ideavillage Products Corp.*

**It is so ORDERED.**

Signed at New York, NY on  3-23  , 2020.

                                                       _____
                                                       Judge P. Kevin Castel
                                                       United States District Judge

2