Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:      (212) 292-5390
Facsimile:      (212) 292-5391
*Attorneys for Plaintiff*
*Ideavillage Products Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP., <br><br> *Plaintiff* <br><br> v. <br><br> 123LOPF//V, *et al.,* <br> *Defendants* | **CIVIL ACTION No.** <br> **19-cv-9159 (PKC)** |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ideavillage Products Corp. ("Ideavillage" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendants Asatr, cidere, driver, Giuoke, huhuali, ICCUN, Kindsells, Legros8, MYEDO, Myfreed US Store, Pagacat, Pinsparkle, Qenci and tiowea in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated:  June 10, 2020                                 Respectfully submitted,

                                                      **EPSTEIN DRANGEL LLP**


                                          BY:   ___/s/ Brieanne Scully____
                                                Brieanne Scully (BS 3711)
                                                bscully@ipcounselors.com
                                                EPSTEIN DRANGEL LLP
                                                60 East 42nd Street, Suite 2520
                                                New York, NY 10165
                                                Telephone:    (212) 292-5390
                                                Facsimile:    (212) 292-5391
                                                *Attorney for Plaintiff*
                                                *Ideavillage Products Corp.*

**It is so ORDERED.**

Signed at New York, NY on __June_____ _10_, 2020.

_____
Judge P. Kevin Castel
United States District Judge