UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IDEA VILLAGE PRODUCTS,

                Plaintiff,                               19-cv-09159 (PKC)

        -against-                                       ORDER

123LOPF//V, et al.,

                Defendant.
-----------------------------------------------------------x

CASTEL, District Judge:

       Plaintiff having taken no action to bring this case to conclusions since December 2020, let the plaintiff show cause in writing within 14 days of this Order why all remaining claims in this action ought not be dismissed with prejudice for failure to prosecute. Failure to respond will result in dismissal with prejudice.

       SO ORDERED.

                                                          P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
       Match 31, 2023