Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff
Ideavillage Products Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP., <br><br> *Plaintiff* <br><br> v. <br><br> 123LOPF//V, *et al.*, <br> *Defendants* | CIVIL ACTION No. <br> 19-cv-9159 (PKC) |

[ORDER]

~~NOTICE~~ OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)~~(1)(A)(i)~~ (2) of the Federal Rules of Civil Procedure, Plaintiff Ideavillage Products Corp. ("Ideavillage" or "Plaintiff"), by their undersigned attorneys, ~~hereby give notice of dismissal of~~ [to] dismiss all claims against Defendant Chapter Seven in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

[Handwritten annotation: "and based on the representations in plaintiff's letter of April 13, 2023 (ECF 48), the Court grants the application of"]

1

Dated: March 31, 2020

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:    /s/ Brieanne Scully
       Brieanne Scully (BS 3711)
       bscully@ipcounselors.com
       EPSTEIN DRANGEL LLP
       60 East 42nd Street, Suite 2520
       New York, NY 10165
       Telephone: (212) 292-5390
       Facsimile: (212) 292-5391
       *Attorney for Plaintiff*
       *Ideavillage Products Corp.*

The Clerk is directed to close the case.

**It is so ORDERED.**

Signed at New York, NY on April 14, 2023.

_____
Judge P. Kevin Castel
United States District Judge

2